Nov. Term,
1830.

ROBERTS
v.
LEFAVOUR.

(1) Ante, p. 129.

---

ROBERTS *v.* LEFAVOUR, in Error.

Tuesday,
November 30.

LEFAVOUR brought an action against *Roberts*, before a justice of the peace, for 77 dollars, and obtained a judgment for

5 dollars and his costs. *Lefavour* appealed to the Circuit Court, and obtained a judgment for the same amount with costs. *Held*, that, under the statute of 1827, the judgment in the Circuit Court for costs was not erroneous.

The costs on the appeal are taxed, under the statute of 1827, in such a manner as the Court thinks proper (1).

(1) Vide R. C. 1831, p. 318.